■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO MENDEZ, Appellant. [610 NYS2d 924] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession

Controlled Substance, 2nd Degree.) Present—Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.